IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

STERLING CURRENCY GROUP LLC,

    Plaintiff/Counter-Defendant,

vs.

JAMES MAURER and
MONETIZERS LLC
(d/b/a Iraqidinar.org),

    Defendants/Counter-Plaintiffs.

Case No. 1:13-cv-00878

HONORABLE ROBERT HOLMES BELL

---

Mark D. van der Laan (P55921)
Mark J. Magyar (P75090)
DYKEMA GOSSETT PLLC
Attorneys for Plaintiff
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI  49503-2306
(616) 776-7539
mvanderlaan@dykema.com

Renee C. Walsh (P56336)
Walsh Law PLLC
Attorney for Defendants
P.O. Box 1674
Okemos, MI 48805-1674
(866) 528-5723
reneec@walshlawpllc.com

and

David M. Lilenfeld
Georgia Bar No. 452399
LILENFELD PC
Co-Counsel for Plaintiff
2970 Peachtree Road, N.W., Suite 530
Atlanta, GA  30305
david@lilenfeldpc.com

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff/Counter-Defendant Sterling Currency Group LLC and Defendants/Counter-Plaintiffs James Mauer and Monetizers LLC, having agreed to settle this lawsuit in its entirety, by their respective counsel, hereby stipulate and agree to the dismissal of all claims and counter-claims in their entirety with prejudice and without costs.

Dated:  December 17, 2013             DYKEMA GOSSETT PLLC
                                      Attorneys for Plaintiff

                                      By: */s/ Mark D. van der Laan*
                                          Mark D. van der Laan (P55921)
                                          300 Ottawa Avenue, N.W., Suite 700
                                          Grand Rapids, MI 49503-2306
                                          (616) 776-7539
                                          mvanderlaan@dykema.com

                                          and

                                          David M. Lilenfeld
                                          LILENFELD PC
                                          Co-Counsel for Plaintiff
                                          2970 Peachtree Road, N.W., Suite 530
                                          Atlanta, Georgia  30305
                                          (404) 201-2520 - telephone
                                          (404) 393-9710 - facsimile
                                          David@LilenfeldPC.com

Dated:  December 17, 2013             By: */s/ Renee C. Walsh (w/consent)*
                                          Renee C. Walsh (P56336)
                                          Walsh Law PLLC
                                          Attorney for Defendants
                                          P.O. Box 1674
                                          Okemos, MI 48805-1674
                                          (866) 528-5723
                                          reneec@walshlawpllc.com